**Gmail**

**Korede Adeniji <korede.adeniji@cefnorcal.org>**

---

## Facility Request at Lincoln Elementary
32 messages

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>
To: "Mukta.Sambrani@ousd.org" <Mukta.Sambrani@ousd.org>

Wed, Jan 18, 2023 at 8:00 AM

Hi Mr. Principal Mukta,


Happy Wednesday! I am excited to share that we have a team to bring a Good News Club to Lincoln Elementary. A Good News Club is a free after school club run by screened and trained volunteers. Currently, we have around 135 Good News Clubs that meet after school on public school campuses throughout Northern California.


The term is for a 13 week session beginning Thursday, February 2nd, 2023 (we will run every Thursday, until May 18th, 2023, excluding holidays). I am requesting use of an available classroom from 2:45pm to 4:00pm. The club takes place right after school and teachers do not have to vacate their classroom during club time. We will keep the classroom clean and should be out before the custodian comes around for cleaning. Please note, children are only allowed to attend the club with parent permission. Our office provides the flyers for online registration.


I have submitted a facility use request with Facilitron. The system already has my Certificate of Insurance (COI), but I am also attaching it to this email for your convenience. Can you please confirm approval of a room assignment for this after school club?


Thank you and I look forward to your response.


Sincerely,

*Korede Adeniji*

*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

---

**2 attachments**

📄 **COI - Oakland Unified School District.pdf**
32K

📄 **CEF NORCAL GL AI Endt.pdf**
470K

---

**Mukta Sambrani** <mukta.sambrani@ousd.org>
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

Mon, Jan 23, 2023 at 2:37 PM

Hello Korede,

**EXHIBIT 6**

Thank you for coming to see me today. Thank you for your email as well.
We do not think that Good News Club is a match for Lincoln Elementary School.
I will not be granting the facilities request.
Best wishes,
Mukta
**Mukta Sambrani**
**Principal, Lincoln Elementary School**
**225 11th Street, Oakland, CA 94607**
**Dragons Collaborate, Accept, Respect and Empathize**
**Dragons Care! Go Dragons!**
**Website-https://lincolnschooloakland.org**



[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                          Mon, Jan 23, 2023 at 3:14 PM
To: Tammy Beers <tammy.beers@cefnorcal.org>

[Quoted text hidden]
--
[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                          Mon, Jan 23, 2023 at 3:15 PM
To: Chelsea Cummins <chelsea.cummins@cefnorcal.org>

---------- Forwarded message ---------
From: **Mukta Sambrani** <mukta.sambrani@ousd.org>
Date: Mon, Jan 23, 2023 at 2:37 PM
Subject: Re: [EXTERNAL] Facility Request at Lincoln Elementary
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

[Quoted text hidden]
--
[Quoted text hidden]

---

**Tammy Beers** <tammy.beers@cefnorcal.org>                          Mon, Jan 23, 2023 at 3:31 PM
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

Thank you for meeting with me Mukta. I appreciate your time.

However, I'm not sure we have the same understanding. I am not seeking to have you or the Afterschool Coordinator approve our Good News Club (GNC). I am requesting use of District facilities in accordance with the Civic Center Act as well as the Supreme Court *Good New Club* case of 2001. This case confirmed that GNC's have the same right to utilize school facilities as any other community group. To deny CEF NorCal the use of the facility based on the content of our program would be considered a violation of the Equal Access Act and the First Amendment, specifically viewpoint discrimination.

I am hoping we can come to the same understanding. CEF is offering an optional, extra-curricular, after school program that parents/guardians register their children to attend. It is not a program open for walk-in children as perhaps other programs, sponsored by the school might be. Does that help clarify my request and relieve you of any burden to evaluate the program?

Please let me know.  I am happy to set up a phone appointment to discuss further.  Please let me know what time works for you tomorrow.



*Tammy Beers, Director*
**CEF NorCal, Central Valley South**
**1322 E. Shaw Ave, #110 - Fresno CA  93710**
**559-226-5539**

[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Mon, Jan 23, 2023 at 3:37 PM
To: Tammy Beers <tammy.beers@cefnorcal.org>

Thank you Tammy!
[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Mon, Jan 23, 2023 at 3:42 PM
To: Mukta Sambrani <mukta.sambrani@ousd.org>

Thank you for meeting with me Principal Mukta.  I appreciate your time.

Can you please explain why the Good News Club is not a match for Lincoln Elementary School that has resulted in your decision to not grant the facilities request?

I would be happy to meet with you again if needed.

Thank you,
Korede

[Quoted text hidden]
--
[Quoted text hidden]

---

**Tammy Beers** <tammy.beers@cefnorcal.org>                    Mon, Jan 23, 2023 at 3:45 PM
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

Pray over it.  Be sure you are comfortable with it.  I think it helps draw a distinction and clarifies your request.
[Quoted text hidden]
[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Mon, Jan 23, 2023 at 3:56 PM
To: Tammy Beers <tammy.beers@cefnorcal.org>

Yes ma'am ❤️
[Quoted text hidden]

---

**Chelsea Cummins** <chelsea.cummins@cefnorcal.org>                    Mon, Jan 23, 2023 at 4:07 PM

To: Korede Adeniji <korede.adeniji@cefnorcal.org>

Yeah, you'll have to push the envelope again... Silly principals. Get a prayer group set up! Praying for you, Korede!

Here's what I would say

May I ask the reason behind not approving this facility request?
May I see your policy regarding facility use?

I'm not sure what you mean about not being a "match" for the school. We are requesting to use a facility as we do in 135 other public schools in Nothern Calfornia. Like I mentioned, every child needs parental permission to attend the Good News Club. We have submitted a facility use for approval so we can provide this free club to the children.  I am attaching our  Liberty Counsel document which states the Supreme Court decision to allow "equal access" Good News Club on campus. Hopefully it will help clear up any questions you have regarding approval of our facility use request. Our background checked and trained volunteers are excited to start a club at Lincoln.

Let me know if you have any questions and I look forward to your response.

Blessings,

Chelsea Cummins
State Director
CEF NorCal
PO Box 2748
Grass Valley, CA 95945
530-277-4485
www.cefnorcal.org



[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Mon, Jan 23, 2023 at 4:31 PM
To: Chelsea Cummins <chelsea.cummins@cefnorcal.org>

Thank you Chelsea. 
[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Tue, Jan 24, 2023 at 12:37 PM
To: Mukta Sambrani <mukta.sambrani@ousd.org>

Afternoon Principal Mukta,

I hope you are having a great day. I just wanted to follow up on yesterday's email. Can you please explain why the Good News Club is not a match for Lincoln Elementary? I would be happy to meet with you again if needed. I can come down tomorrow morning, or anytime needed this week. Please let me know as I would like to understand.

Thank you,
Korede
**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580

Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

[Quoted text hidden]

---

**Mukta Sambrani** <mukta.sambrani@ousd.org>                    Tue, Jan 24, 2023 at 2:15 PM
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

Hello Korede,
Please do not pay our site another visit without making an appointment.
I have several observations and supervision duties throughout the day.
I was on yard supervision when you came by yesterday.
Following your visit, I discussed the request from the Good News Club with teacher leadership at Lincoln. We reviewed
your website- https://www.cefonline.com/ministries/goodnewsclub/
As a public school,  we are not in support of Evangelism on our campus.
Thank you!
-Ms. Sambrani
**Mukta Sambrani**
**Principal, Lincoln Elementary School**
**225 11th Street, Oakland, CA 94607**
**Dragons Collaborate, Accept, Respect and  Empathize**
**Dragons Care!  Go Dragons!**
**Website-https://lincolnschooloakland.org**



[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Tue, Jan 24, 2023 at 3:19 PM
To: Mukta Sambrani <mukta.sambrani@ousd.org>

Hello Principal Mukta,

Thanks for your response and for explaining why we are not a "match" for the school. I am requesting use of District
facilities in accordance with the Civic Center Act as well as the Supreme Court Good New Club case of 2001.  This case
confirmed that GNC's have the same right to utilize school facilities as any other community group.  To deny CEF NorCal
the use of the facility based on the content of our program would be considered a violation of the Equal Access Act and
the First Amendment, specifically viewpoint discrimination.  I am attaching our Liberty Counsel document which states the
Supreme Court decision to allow "equal access" Good News Club on campus. Hopefully it will help clear up any
questions you have regarding approval of our facility use request.

I am hoping we can come to the same understanding.  CEF is offering an optional, extra-curricular, after school program
that parents/guardians register their children to attend.  It is not a program open for walk-in children as perhaps other
programs, sponsored by the school might be. We are also in 135 other public schools currently within NorCal. Does that
help clarify my request and relieve you of any burden to evaluate the program? Please let me know.

I am happy to set up a phone appointment to discuss further.  Please let me know what time works for you tomorrow.

Our background checked and trained volunteers are excited to start a club at Lincoln.

Looking forward to your response.

Sincerely,
**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569

San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

[Quoted text hidden]

---

 **Supreme+Court+Decision+2001-Liberty+Counsel (2).pdf**
204K

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                      Mon, Jan 30, 2023 at 1:31 PM
To: Mukta Sambrani <mukta.sambrani@ousd.org>

Hello Principal Mukta,

Hope you had a great weekend. I haven't heard back from you regarding my last email. Can you please confirm that we have approval for the room, or let me know if you would like to set up a call or an office visit to discuss further? I look forward to your response.

Sincerely grateful,
**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

[Quoted text hidden]

---

**Mukta Sambrani** <mukta.sambrani@ousd.org>                      Mon, Jan 30, 2023 at 2:26 PM
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

Hello Korede,

Thank you for your email.  As Lynn Wu emailed you on Friday, OUSD already has a contract with the community based organization EBAYC to provide and oversee all afterschool programs at Lincoln, so CEF (or any other organization) is not permitted to offer a program at the same time.

If you have any questions about this, please follow up with Lynn.

Best wishes,
Ms. Sambrani

**Mukta Sambrani**
**Principal, Lincoln Elementary School**
**225 11th Street, Oakland, CA 94607**
Dragons Collaborate, Accept, Respect and  Empathize
Dragons Care!  Go Dragons!
Website-https://lincolnschooloakland.org



[Quoted text hidden]

**Korede Adeniji** <korede.adeniji@cefnorcal.org>
To: Tammy Beers <tammy.beers@cefnorcal.org>

Mon, Jan 30, 2023 at 2:43 PM

Hi Tammy,

Happy Monday!

This is a different response - but is it valid?

**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

---------- Forwarded message ---------
From: **Mukta Sambrani** <mukta.sambrani@ousd.org>
Date: Mon, Jan 30, 2023 at 2:26 PM
Subject: Re: [EXTERNAL] Facility Request at Lincoln Elementary
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>
To: Chelsea Cummins <chelsea.cummins@cefnorcal.org>

Mon, Jan 30, 2023 at 3:01 PM

Hi Chelsea,

Happy Monday! Is this legit?

**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

---------- Forwarded message ---------
From: **Mukta Sambrani** <mukta.sambrani@ousd.org>
Date: Mon, Jan 30, 2023 at 2:26 PM
Subject: Re: [EXTERNAL] Facility Request at Lincoln Elementary
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

[Quoted text hidden]

---

**Tammy Beers** <tammy.beers@cefnorcal.org>
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

Mon, Jan 30, 2023 at 3:17 PM

No, it's not valid.  You are requesting use of the facility, under the Board policy for Community Relations, to offer an optional, extracurricular, after-school program that parents/guardians can register their children for on a weekly basis for a 6 week term. (or whatever term you are asking for..)  Most school districts are familiar with the Civic Center Act that actually allows community groups, such as Boy Scouts and Girl Scouts, to use school facilities without charge.  Check their policy and then identify it by it's full name.  It will be Facilities, then Community Relations.

I am going with my husband to his sales meeting in Nashville tomorrow morning and will be out the rest of the week.  I pray that the Lord will open this door for you!!

Love & Hugs,
Tammy



*Tammy Beers, Director*
**CEF NorCal, Central Valley South**
**1322 E. Shaw Ave, #110 - Fresno CA  93710**
**559-226-5539**

[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Mon, Jan 30, 2023 at 3:20 PM
To: Tammy Beers <tammy.beers@cefnorcal.org>

Thank you so much Tammy... I will respond accordingly.
Have a GREAT time on your trip. Don't do any work!!!

Love ya and will miss you, even tho we aren't in person day to day.

**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Mon, Jan 30, 2023 at 4:13 PM
To: Tammy Beers <tammy.beers@cefnorcal.org>

Is this the right one?

Civic Center Use

Subject to district policies and regulations, school facilities and grounds shall be available to citizens and community groups as a civic center for the following purposes: (Education Code 38131, 38132)

1. Public, literary, scientific, recreational, educational or public agency meetings

2. The discussion of matters of general or public interest

**3. The conduct of religious services for temporary periods, on a one-time or   renewable basis, by any church or religious organization**

4. Child care programs to provide supervision and activities for children of preschool and elementary school age

5. The administration of examinations for the selection of personnel or the instruction of precinct board members by public agencies

**6. Supervised recreational activities including, but not limited to, sports league activities that are arranged for and supervised by entities, including religious organizations or churches, and in which youths may participate regardless of religious belief or denomination**

7. A community youth center

(cf. 1020 - Youth Services)

8. Mass care and welfare shelters during disasters or other emergencies affecting the public health and welfare

(cf. 3516 - Emergencies and Disaster Preparedness Plan)

9. Other purposes deemed appropriate by the Governing Board

https://boepublic.ousd.org/Policies.aspx

**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

[Quoted text hidden]

---

**Tammy Beers** <tammy.beers@cefnorcal.org>                     Mon, Jan 30, 2023 at 4:20 PM
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

Not religious services. Look for non-profit, comminity / youth organizations.

Look for civic center act language that can also exempt boys scouts, girls scouts, campfire Inc use for free. We are more aligned with those groups. Not churches.
*Tammy Beers, Director*


On Jan 30, 2023, at 4:13 PM, Korede Adeniji <korede.adeniji@cefnorcal.org> wrote:


[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                Mon, Jan 30, 2023 at 5:26 PM
To: Tammy Beers <tammy.beers@cefnorcal.org>

This is the only thing I can see on youth activities, but I don't see what applies in this situation.

OAKLAND UNIFIED SCHOOL DISTRICT
Board Policy

BP 1020
Community Relations

Youth Services


The Governing Board realizes that the schools alone cannot meet children's complex individual needs. Parents/guardians, schools, local government, businesses, foundations and community-based organizations all must work together to assess needs, improve conditions for our community's youth, and ensure that the multiple services needed by children and families are coordinated so as to avoid gaps, duplication or delay.

The Board shall initiate or participate in collaborative relationships with city and county leaders to develop local policies and provide effective multi-agency programs that respond to the needs of children and families.

(cf. 1400 - Relations between Other Governmental Agencies and the Schools)

The Superintendent and staff shall contact and cooperate with public and private agencies to ensure the availability and effective implementation of child care, after-school, nutrition, health and other services for children. District staff shall have opportunities to learn collaborative skills that will enhance their participation in these efforts.

The Board shall regularly evaluate the progress of collaborative efforts and shall monitor district budget, facilities and personnel priorities for opportunities to promote community collaboration and youth services.

The Board shall advocate for local, state and national policies, legislation and programs designed to provide or better coordinate services for children and families.

The district shall provide support services for children and families to the extent possible.

(cf. 0450 - Comprehensive Safety Plan)
(cf. 1160 - Political Processes)
(cf. 1240 - Volunteer Assistance)
(cf. 3553 - Free and Reduced Price Meals)
(cf. 4131 - Staff Development)
(cf. 4231 - Staff Development)
(cf. 4331 - Staff Development)
(cf. 5136 - Gangs)
(cf. 5141.32 - Child Health and Disability Prevention Program)
(cf. 5141.4 - Child Abuse Reporting Procedures)
(cf. 5141.41 - Child Abuse Prevention)
(cf. 5141.6 - Student Health and Social Services)
(cf. 5146 - Married/Pregnant/Parenting Students)
(cf. 5148 - Child Care and Development)
(cf. 6020 - Parent Involvement)
(cf. 6164.2 - Guidance/Counseling Services)
(cf. 6171 - Title I Programs)


Legal Reference:
EDUCATION CODE
35160  Authority of governing boards
35160.1  Broad authority of school districts
58700-58702    Tutoring and homework assistance program
WELFARE AND INSTITUTIONS CODE
18961.5  Computerized data base; families at risk for child abuse; sharing of information; multidisciplinary teams
18986.2-18986.30  Interagency Children's Services Act, especially:
18986.11-18986.15  County interagency collaboration
18986.40-18986.46  Integrated children's services programs

Management Resources:
CSBA PUBLICATIONS
Collaboration for Kids, March 1995
YOUTH LAW CENTER PUBLICATIONS
Model Form for Consent to Exchange Confidential Information among the Members of an Interagency Collaborative, Youth Law Center, San Francisco, 1995

7/14/04

**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459

www.cefnorcal.org/eastbay

[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Mon, Jan 30, 2023 at 5:27 PM
To: Tammy Beers <tammy.beers@cefnorcal.org>

I cannot find non non-profit... Maybe I'm in the wrong place. I will keep looking.

**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Mon, Jan 30, 2023 at 5:39 PM
To: Tammy Beers <tammy.beers@cefnorcal.org>

Is this it? https://boepublic.ousd.org/Policies.aspx

BP 1330
Community Relations

Use of District Facilities

District facilities are primarily for school and District-related programs and activities. **In order to maintain District facilities for these purposes, and to provide for the safety of District students and employees, District facilities are not open to the public except as permitted by the Board, Board Policies or Administrative Regulations, <u>the Civic Center Act</u>, and all other applicable laws.** Other than District students and employees, all persons (such as parents/guardians, vendors, and volunteers) are only permitted onsite at District facilities during school and District-related programs with District authorization, and subject to criminal background checks and tuberculosis testing where applicable.

While the primary purpose of District facilities is for school- and District-related programs and activities, the Governing Board recognizes that such facilities are also a community resource. **Thus, the Board authorizes the use of District facilities by groups or persons for purposes provided for in the Civic Center Act to the extent that such use does not endanger students or staff and does not interfere with District- or school-related programs, activities or other uses.**

(cf. 6145.5 - Student Organizations and Equal Access) Prioritization
All District- and school-related programs and activities (e.g., clubs, class events, staff meetings) shall be given priority in the use of facilities under the Civic Center Act. District- and school- related programs and activities shall not be cancelled to accommodate other uses. Thereafter, the use of facilities shall be prioritized as established herein and any associated Administrative Regulations.

After District- and school-related programs and activities, the next priority for District facilities shall be any legally required uses as well as any obligations of the District under any joint use agreements with other local governments.

Consistent with this Policy, the Superintendent may establish additional priorities for or restrictions on the use of District facilities as she deems appropriate and necessary.

Direct Costs

**The Board believes that the use of District facilities should not result in costs to the District. The Board shall charge at least direct costs to all groups or persons granted facility use under the Civic Center Act. Additionally, no charge will be levied against groups or persons whose purpose it is to promote youth and school programs and activities if such programs and activities do not impose additional costs on the District (e.g., overtime, necessitating staff to work outside normal hours).**

To the extent permitted by law, other groups or persons requesting the use of District facilities under the Civic Center Act shall be charged at least direct costs.
Fair Rental Value

Groups or persons shall be charged fair rental value when using District facilities for entertainment or meetings where admission is charged or contributions solicited and net receipts are not to be expended for charitable purposes or for the welfare of the district's students. (Education Code 38134)

Legal Reference:
EDUCATION CODE
10900-10914.5 Community Recreation Programs
38130-38138 Civic Center Act: use of school property for public purposes ATTORNEY GENERAL OPINIONS
79 Ops.Cal.Atty.Gen 248 (1996) COURT DECISIONS
Lamb's Chapel v. Center Moriches Union Free School District (1993) 113 S.Ct. 2141 Cole v. Richardson, (1972) 405 U.S. 676, 92 S.Ct. 1332
Connell v. Higgenbotham, (1971) 403 U.S. 207, 91 S.Ct. 1772
ACLU of So. Calif. v. Board of Education of San Diego, (1963) 59 Cal .2d 224 ACLU of So. Calif. v. Board of Education of Los Angeles, (1963) 59 Cal .2d 203 ACLU of So. Calif. v. Board of Education of San Diego, (1961) 55 Cal .2d 906 ACLU of So. Calif. v. Board of Education of Los Angeles,(1961) 55 Cal .2d 167

Management Resources:
CDE LEGAL ADVISORIES
1101.89 School District Liability and "Hold Harmless" Agreements, LO: 4-89 7/14/04; 12/14/22A
**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

[Quoted text hidden]

---

**Tammy Beers** <tammy.beers@cefnorcal.org>                                        Mon, Jan 30, 2023 at 5:42 PM
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

Yes. This is the one. Interestingly, it's the same number BP1330. This is where we should look for all school districts. Good sleuthing!

*Tammy Beers, Director*


On Jan 30, 2023, at 5:39 PM, Korede Adeniji <korede.adeniji@cefnorcal.org> wrote:


[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                                        Mon, Jan 30, 2023 at 6:19 PM
To: Tammy Beers <tammy.beers@cefnorcal.org>

Oh Lovely! Thanks Tammy... not sure I understand it all, but I also found the attached doc for your reference.

So can I respond to her and say...

Hi Principal Mukta,

Thanks for getting back to me. I am requesting use of the facility, under the Board policy **BP1330** for Community Relations, to offer an optional, extracurricular, after-school program that parents/guardians can register their children for on a weekly basis for a 14 week term. The Civic Center Act allows community groups, such as Boy Scouts, Girl Scouts,

Good News Club, etc. to use school facilities. Can you show me in your board policy where it says that we cannot be on campus because you have another community group?

Looking forward to hearing from you.

Sincerely,
**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

[Quoted text hidden]

---

 **oakland Facility Fees.pdf**
466K

---

**Tammy Beers** <tammy.beers@cefnorcal.org>                    Mon, Jan 30, 2023 at 6:42 PM
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

Delete this:

Can you show me in your board policy where it says that we cannot be on campus because you have another community group?

Replace with this:
I hope this helps clarify that as an outside community group, the Good News Club can request and use facilities without any regard to other groups on campus.

I would like to confirm our dates as requested so I can let our trained team of volunteers know when to start.

(Are you sure you want 14 weeks?  Curriculum is 6 lessons per book, 2 books is 12 meetings?). No need to respond. Just want you to be sure.

*Tammy Beers, Director*

> On Jan 30, 2023, at 6:19 PM, Korede Adeniji <korede.adeniji@cefnorcal.org> wrote:
>
>
> [Quoted text hidden]
> <oakland Facility Fees.pdf>

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Mon, Jan 30, 2023 at 7:02 PM
To: Tammy Beers <tammy.beers@cefnorcal.org>

Thank you Tammy.

They wanted to do a kick off lesson and a Easter lesson. But they also had a start date of 2/2, which may not happen now, so they will have to adjust as needed.

I am soooo grateful for your help. Have a great trip!!
**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569

San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

[Quoted text hidden]

---

**Chelsea Cummins** <chelsea.cummins@cefnorcal.org>                    Mon, Jan 30, 2023 at 8:00 PM
To: Korede Adeniji <korede.adeniji@cefnorcal.org>

What is that "community organization"?

If it is a "community organization" then I suspect that they must allow other "community organizations" to also use the school facility.

I think it's time for you give Richard a call. But first do some research about what that organization is. You may even call them sneakily and ask about their programs.

"Hi I hear that you offer after-school programs at Lincoln. I was wondering if I can get some more information about your after-school program? What organization are you with? Are you a nonprofit organization? Or are you a school-based program? "

Blessings,

Chelsea Cummins
State Director
CEF NorCal
PO Box 2748
Grass Valley, CA 95945
www.cefnorcal.org
530-277-4485

For I am not ashamed of the gospel, for it is the power of God for salvation to everyone who believes. Romans 1:16

[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Mon, Jan 30, 2023 at 8:10 PM
To: Chelsea Cummins <chelsea.cummins@cefnorcal.org>

Thanks Chelsea... I begin that asap... full load for the next two days.
Much appreciated,

**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

[Quoted text hidden]

---

**Korede Adeniji** <korede.adeniji@cefnorcal.org>                    Tue, Jan 31, 2023 at 8:00 AM
To: Mukta Sambrani <mukta.sambrani@ousd.org>

Hi Principal Mukta,

Thanks for getting back to me. I am requesting use of the facility, under the Board policy **BP1330** for Community Relations, to offer an optional, extracurricular, after-school program that parents/guardians can register their children for on a weekly basis for a 12 week term (new start date 2/16). The Civic Center Act allows community groups, such as Boy Scouts, Girl Scouts, Good News Club, etc. to use school facilities. I hope this helps clarify that as an outside community group, the Good News Club can request and use facilities without any regard to other groups on campus.

I would like to confirm our dates as requested so I can let our trained team of volunteers know when to start.

Looking forward to hearing from you.

PS - Sorry, but I never received an email from Lynn Wu.

Thanks,
**Korede Adeniji**
*Director*
CEF NorCal, East Bay
PO Box 6569
San Pablo, CA 94806
Cell Phone: (510) 367-9580
Office Number: (510) 214-0459
www.cefnorcal.org/eastbay

[Quoted text hidden]