UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Child Evangelism Fellowship ,

    Plaintiff(s),

v.

OAKLAND UNIFIED SCHO ,

    Defendant(s).

Case No. 4:24-cv-08945-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Mat Staver, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Child Evangelism Fellow in the above-entitled action. My local co-counsel in this case is Nicolaie Cocis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 204703.

| P.O. Box 540774 Orlando, FL 32854 | 38975 Sky Canyon Dr Suite 211 Murrieta, CA 92563 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (407) 875 1776 | (951) 695-1400 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| court@lc.org | nic@cocislaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0701092.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2024

Mat Staver
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mat Staver is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/18/2024

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**MATHEW DUANE STAVER**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **OCTOBER 6, 1987**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this **OCTOBER 31, 2024.**

_____
Clerk of the Supreme Court of Florida