LAW OFFICES OF NICOLAI COCIS
Nicolai Cocis (204703)
nic@cosislaw.com
25026 Las Brisas Rd.
Murrieta, CA 92562
Phone: 951-695-1400

LIBERTY COUNSEL
Mathew D. Staver*
mstaver@lc.org
Horatio G. Mihet*
hmihet@lc.org
Daniel J. Schmid*
dschmid@lc.org
Mariah Gondeiro (323683)
mgondeiro@lc.org
P.O. Box 540774
Orlando, FL 32854
Phone: 407-875-1776
Fax: 407-876-0770
*Admitted Pro Hac Vice

*Attorneys for Plaintiff Child Evangelism Fellowship of NorCal, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

*Oakland Division*

| | |
|---|---|
| CHILD EVANGELISM FELLOWSHIP NORCAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; DR. KYLA JOHNSON-TRAMMELL, in her official capacity as Superintendent of Oakland Unified School District,<br><br>Defendants. | Case Number: 4:24-cv-8945-HSG<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PRELIMINARY INJUNCTION**<br><br>Date: February 3, 2024 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall file its Reply in Support of Motion for Preliminary Injunction by February 14, 2025.

Dated this 4th day of February, 2025.

_____
United States District Judge