UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILD EVANGELISM FELLOWSHIP NORCAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> OAKLAND UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al., <br><br> Defendants. | Case No. 24-cv-08945-HSG <br><br> **ORDER TO SHOW CAUSE** |

Following a case management conference in November, the Court referred the case to Judge Illman for a settlement conference. The settlement conference was scheduled for December 17, 2025, at 1:00 p.m. via Zoom. Dkt. No. 57. However, Defense Counsel did not appear for the conference, and as of the date of this order, has not explained his absence. Dkt. No. 58. This is unacceptable. Despite the heavy demands of his docket, Judge Illman set aside time for the settlement conference to proceed before the end of the year. By failing to appear, Defense Counsel has wasted everyone's time and precious court resources. The Court also has serious concerns about whether counsel is adequately serving the interests of his clients and the broader Oakland community.

//
//
//
//
//
//

The Court accordingly **ORDERS** Defense Counsel to **SHOW CAUSE** why he should not be sanctioned for failing to appear at the settlement conference. Defense Counsel shall file a statement of three pages or less by December 30, 2025. Defense Counsel is further **DIRECTED** to provide a copy of this order to his clients.

**IT IS SO ORDERED.**

Dated: 12/18/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

2