LAW OFFICES OF NICOLAI COCIS
Nicolai Cocis (204703)
nic@cocislaw.com
25026 Las Brisas Rd.
Murrieta, CA 92562
Phone: 951-695-1400

LIBERTY COUNSEL
Mathew D. Staver*
mstaver@lc.org
Horatio G. Mihet*
hmihet@lc.org
Daniel J. Schmid*
dschmid@lc.org
Mariah Gondeiro (323683)
mgondeiro@lc.org
P.O. Box 540774
Orlando, FL 32854
Phone: 407-875-1776
Fax: 407-876-0770
*Admitted Pro Hac Vice

*Attorneys for Plaintiff Child Evangelism Fellowship of NorCal, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*Oakland Division*

| | |
|---|---|
| CHILD EVANGELISM FELLOWSHIP NORCAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; DR. KYLA JOHNSON-TRAMMELL, in her official capacity as Superintendent of Oakland Unified School District,<br><br>　　　　Defendants. | Case Number: 4:24-cv-8945-HSG<br><br>**ORDER GRANTING PLAINTIFFS' STIPULATED MOTION FOR LEAVE TO APPEAR REMOTELY VIA ZOOM AT HEARING ON ORDER TO SHOW CAUSE (ECF No. 61) (as modified)** |

1  PURSUANT TO PLAINTIFFS' STIPULATED MOTION FOR LEAVE TO APPEAR
2  REMOTELY AT THE JANUARY 8 HEARING ON ORDER TO SHOW CAUSE, and having
3  considered that Plaintiffs take no position with respect to the Court's Order to Show Cause directed at
4  Defendants' counsel, IT IS SO ORDERED that Plaintiffs may appear via Zoom on January 8,
5  2026.  The CRD will e-mail counsel the zoom information and instructions.

   SO ORDERED this 7th day of January, 2026.

   Hon. Haywood S. Gilliam, Jr.
   United States District Judge